299 Cherry Hill Road, Suite 300
Parsippany, NJ 07054
Phone: 973-957-2550
Fax: 973-710-1054

KLRW
Kinney Lisovicz Reilly & Wolff PC
ATTORNEYS AT LAW
www.klrw.law

11 Broadway, Suite 615
New York, NY 10004
Phone: 646-741-7332
Fax: 646-690-8772

MICHAEL S. CHUVEN
DIRECT DIAL: 973.957.2553
EMAIL: MICHAEL.CHUVEN@KLRW.LAW

August 3, 2026

**VIA ECF**
The Honorable Arun Subramanian, U.S.D.J.
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**RE:** ***Ciccone, et al. v. Superfoods, Inc. (Consolidated)***
**Case No.: 1:26-cv-537-AS**
**Joint Letter Motion to Stay Deadlines - Pending Mediation**

Dear Judge Subramanian:

Our office represents defendant, Superfoods, Inc. d/b/a Live it Up ("Superfoods") in the above-referenced and related actions. Superfoods and Plaintiffs respectfully submit this joint letter to request the Court adjourn all presently scheduled deadlines until after the parties partake in mediation. Mediation is currently scheduled with the Hon. Steven M. Gold (ret.) for September 16, 2026.

As the Court is aware, Plaintiffs filed an Amended Complaint on July 1, 2026 (ECF No. 47). Superfoods was granted an extension of time to answer or respond until August 5, 2026. (ECF No. 60). Superfoods believes that a motion to dismiss is necessary to address the claims asserted in the Amended Complaint. Plaintiffs are aware of Superfoods position. Rather than incur the expense of motion practice prior to mediation, the Plaintiffs and Superfoods have conferred and agreed it would be more efficient, economical, and productive to defer all current deadlines and proceed with mediation first.

Plaintiffs have consented to this adjournment, as outlined, but the parties are still conferring concerning a briefing schedule. The parties will inform the Court of their proposed briefing schedule under separate cover by August 14, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

By: /s/ Michael S. Chuven
Michael S. Chuven, Esq.
KINNEY LISOVICZ REILLY & WOLFF PC
299 Cherry Hill Road, Suite 300
Parsippany, NJ 07054
[P]: (973) 957-2550
[F]: (973) 710-1054
*Attorneys for Defendant Superfoods Inc. d/b/a Live it Up*

cc: All Counsel of Record *via ECF*.

---

This joint extension request is GRANTED. All presently scheduled deadlines in this case and all consolidated cases are ADJOURNED until after the parties partake in mediation. By **August 14, 2026**, the parties shall inform the Court of their proposed briefing schedule.

If, in the future, the parties want to file a motion that applies to all cases, they should file that motion in this lead case (not in the other consolidated cases) and indicate that it applies to all consolidated cases.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 74, along with Dkt. 47 in 26cv540, Dkt. 44 in 26cv2099, Dkt. 39 in 26cv2100, Dkt. 25 in 26cv825, and Dkt. 22 in 26cv860.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 3, 2026